# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES JOURDON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARK HOISTAD, et al., ) <br> ) <br> Defendants. ) | 4:04CV3054 <br><br> ORDER |

This matter is before the court on the oral motion of defendants, through counsel David Buntain, for a continuance of the final pretrial conference set for June 6, 2005. Mr. Buntain has consulted with opposing counsel, who have no objection. Therefore,

**IT IS ORDERED:**

1. The oral motion for a continuance of the June 6, 2005 final pretrial conference is granted.

2. The conference will be held on **Monday, July 11, 2005 at 2:30 p.m.,** in the chambers of the undersigned magistrate judge.

3. The proposed final pretrial order shall be submitted on or before **Noon on Friday, July 8, 2005.**

Dated this 1st day of June 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge